JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD VON REED,<br><br>               Petitioner,<br><br>    v.<br><br>RON RACKLEY,<br><br>               Respondent. | Case No. LA CV 15-3574 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: July 31, 2015     _____

                                           HON. ANDREW J. GUILFORD
                                           UNITED STATES DISTRICT JUDGE